# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FLORIDA POWER & LIGHT COMPANY,** and
**INFRATECH CORPORATION,**
Appellants,

v.

**RUTHLYN MAHABEER,**
Appellee.

No. 4D2024-1054

[November 6, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case Nos. CACE21-021930, CACE22-000157.

Jack R. Reiter and Eric Yesner of GrayRobinson, P.A., Miami, for appellants.

Chad A. Barr and Dalton L. Gray of Chad Barr Law, Altamonte Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***